JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD WALTON CORLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE,<br>JOHN CAPSAVAGE,<br>CARMELITA HICKMAN,<br><br>        Defendants. | Case No. EDCV 12-01284 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: November 27, 2012

                                         VIRGINIA A. PHILLIPS
                             United States District Judge